2012 SEP 21 PM 2: 31

## IN THE SUPERIOR COURT OF GUAM

THOMAS MATTHEW BUCKLEY,              )
                                     )
            Plaintiff,               )      **CIVIL CASE NO. CV0107-12**
                                     )
      vs.                            )
                                     )      **DECISION AND ORDER**
SHAVER G. SONTILLANOSA, et. al,      )
                                     )
            Defendants.              )
_____)

THIS MATTER came before the Honorable James L. Canto II on September 17, 2012 for a hearing on Defendant Goodwind Development Corporation's ("Goodwind") motion to dismiss the complaint pursuant to Guam Civil Procedure Rule 12(b)(6). There being no written opposition filed by Plaintiff, having reviewed the written motion, and there being no objection by Plaintiff, THE COURT HEREBY GRANTS Defendant Goodwind's motion and dismisses in whole Plaintiff's Fourth Cause of Action against Defendant Goodwind. Without objection by Defendant Goodwind, the Court so dismisses without prejudice such that Plaintiff is granted leave to amend his complaint to assert any sufficiently articulated, non-frivolous claims against Defendant Goodwind.

**SO ORDERED this** 21st **day of September, 2012 nunc pro tunc to September 17, 2012.**

**HON. JAMES L. CANTO II**
**Judge, Superior Court of Guam**

is a full true and correct copy of the
original on file in the office of the
clerk of the Superior Court of Guam.
Dated at Hagatna, Guam.

SEP 21 2012

Ryan T. Balajadia
Clerk, Superior Court of Guam